6 A.3d 980

IN THE MATTER OF THOMAS C. ROSELLI, AN ATTORNEY
AT LAW (ATTORNEY NO. 000801986).

November 15, 2010.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), on the granting by the Disciplinary Review Board of a motion for discipline by consent (DRB 10–239) in respect of **THOMAS C. ROSELLI** of **SOUTH RIVER,** who was admitted to the bar of this State in 1986;

And the District VIII Ethics Commit tee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate) and *RPC* 8.4(c) (conduct involving fraud, dishonesty, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a) *RPC* 1.3, *RPC* 1.4(a), and *RPC* 8.4(c), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. VIII–2009–0037E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **THOMAS C. ROSELLI** of **SOUTH RIVER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Commit tee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.